UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,     Case No. 8:19-cr-132-T-24AAS

    Plaintiff, ☐
    Government ☒     ☐ Evidentiary
                                                          ☒ Trial

v.                                                                  ☐ Other

LELIA VANESSA PERDOMO ZAPATA

    Defendant ☐

# **EXHIBIT LIST**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | BLU Phone |
| 2 | | | | SamSung Phone |
| 3 | | | | Satellite Phone |
| 4 | | | | Asus Computer |
| 5 | | | | Spot Tracker |
| 6 | | | | Handheld GPS |
| 7 | | | | Phone Purchase Receipt |
| | | | | |
| | | | | |
| | | | | |
| **Pictures** | | | | |
| 10A | | | | Dutch Ship Zeeland |
| 10B | | | | Image of Vessel, 47JPG |
| 10C | | | | Image of Vessel, 46JPG |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 10D | | | | Image of Vessel, 45JPG |
| 10E | | | | Image of Vessel, 44JPG |
| 10F | | | | Image of Vessel, 43JPG |
| 10G | | | | Image of Vessel, 42JPG |
| 10H | | | | Image of Vessel, 41JPG |
| 10I | | | | Image of Vessel, 48JPG |
| 11A | | | | Sketch of the Vessel for the Second Deck/ Engine Room, DISC 116 |
| 11B | | | | Sketch of the Vessel for the Second Deck, DISC-115 |
| 11C | | | | Sketch of the Vessel for the Top Level/Main Deck, DISC-113 |
| 11D | | | | Sketch of the Vessel for the Top Level Pilot House, DISC-114 |
| | | | | |
| 12A | | | | Image of Main Cabin Living Quarters, 10JPG |
| 12B | | | | Image Looking Inside the Two Rooms in the Main Cabin Living Quarters, 11JPG |
| 12C | | | | Video taken of Deck of Vessel |
| 12D | | | | Image of Bales of Cocaine Inside Main Cabin, 4JPG |
| 12E | | | | Image of Bales of Cocaine Main Cabin, 5JPG |
| 12F | | | | Image of Bales of Cocaine Main Cabin, 7JPG |
| 12G | | | | Image of Bales of Cocaine Main Cabin, 8JPG |
| 12H | | | | Brick of Cocaine with Drug Logo, 12JPG |
| | | | | |
| 13A | | | | Image of Seized Laptop, 20JPG |
| 13B | | | | Image of Seized Marijuana, 21JPG |
| 13C | | | | Image of Handheld Radio, 28JPG |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 13D | | | | Image of Garmin Handheld GPS, Front, IMG_0486 |
| 13E | | | | Image of Garmin Handheld GPS, Back, 29JPG |
| 13F | | | | Image of Ship's GPS, 31 JPG |
| 13G | | | | Image of Front Side of Satellite Phone, 32JPG |
| 13H | | | | Image of Back Side of Satellite Phone, 33JPG |
| 13I | | | | Image of Samsung Smartphone, 35JPG |
| 13J | | | | Close Up Image of Samsung Smartphone,36JPG |
| 13K | | | | Image of Seized Phones 37JPG |
| 13L | | | | Image of Seized Spot Tracker, 40JPG |
| 13M | | | | Image of Seized Spot Tracker 2, 84JPG |
| 13N | | | | Image of Seized Asus Computer, 74JPG |
| 13O | | | | Image of Seized BLU Phone Front IMG_67 |
| 13P | | | | Image of Seized BLU Phone Back IMG_68 |
| 13Q | | | | Image of Seized BLU Phone IMG_69 |
| 13R | | | | Image of Claro Phone Purchase DSC_83 |
| 13S | | | | Panama Registration Documents Recovered |
| 13T | | | | Image of Zarpe Registration Document |
| 13U | | | | Image of "DIAN" Documents |
| 13V | | | | Image of Luis Ballart's Passport |
| 13W | | | | Image of Lelia Vanessa Perdomo's Passport |
| 13X | | | | Image of Cocaine Being Tested 1 |
| 13Y | | | | Image of Cocaine Being Tested 2 |
| 13Z | | | | Image of Cocaine Being Tested 3 |
| 13 AA | | | | Image of Cocaine Being Tested 4 |
| 13 BB | | | | Image of Cocaine Being Tested 5 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
|  |  |  |  |  |
| 14A |  |  |  | Image of Items Seized from Luis Ballart_ DSC_0078 |
| 14B |  |  |  | Image of Cash Seized from Luis Ballart_ DSC_0080 |
| 14C |  |  |  | Image of Miscellaneous Items Seized from Luis Ballart_ DSC_0081 |
| 14D |  |  |  | Image of Items Seized from Lelia Vanessa Zapata, DSC_0076 |
| 14E |  |  |  | Images of Cash and Identification Seized from Lelia Vanessa Zapata, DSC_0077 |
| 15A |  |  |  | Image of Dell Computer Opened, 039 |
| 15B |  |  |  | Image of Tecno Cell Phone Front, 044 |
| 15C |  |  |  | Misc. Paperwork, 048 |
|  |  |  |  |  |
| 16 |  |  |  | Extraction Report of BLU "C4 JSET" Cell Phone from May 1, 2019 (59 Pages) |
| 17 |  |  |  | Extraction Report of SamSung "SM-J610G" Cell Phone from May 1, 2019 (218 Pages) |
| 18 |  |  |  |  |
| 19 |  |  |  |  |
| 20 |  |  |  | BLU WhatsApp Chat Communications (IMG_2690, 2692 – 2708). |
| 21 |  |  |  | BLU WhatsApp Chat Communications with Spanish to English Translations (IMG_2690 – 2708). |
| 22 |  |  |  | BLU WhatsApp Extracted Audio File, PTT-20190307-WA0000.opus, from March 7, 2019, at 10:45 a.m., with "Mi Nino." |
| 22A |  |  |  | BLU WhatsApp Extracted Audio File, PTT-20190307-WA0001.opus, from March 7, 2019, at 10:47 a.m., with "Mi Nino." |
| 22B |  |  |  | BLU WhatsApp Extracted Audio File, PTT-20190307-WA0002.opus, from March 7, 2019, at 10:49 a.m., with "Mi Nino." |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 22C | | | | BLU WhatsApp Extracted Audio File, PTT-20190308-WA0000.opus, from March 8, 2019, at 2:18 p.m., with "Dari 2." |
| 22D | | | | BLU WhatsApp Extracted Audio File, PTT-20190308-WA0001.opus, from March 8, 2019, at 2:21 p.m., with "Dari 2." |
| 22E | | | | BLU WhatsApp Extracted Audio File, PTT-20190308-WA0002.opus, from March 8, 2019, at 2:22 p.m., with "Dari 2." |
| 22F | | | | BLU WhatsApp Extracted Audio File, PTT-20190308-WA0003.opus, from March 8, 2019, at 2:23:08 p.m., with "Dari 2." |
| 22G | | | | BLU WhatsApp Extracted Audio File, PTT-20190308-WA0004.opus, from March 8, 2019, at 2:23:24, with "Dari 2." |
| 22H | | | | BLU WhatsApp Extracted Audio File, PTT-20190308-WA0006.opus, from March 8, 2019, at 2:26 p.m., with "Dari 2." |
| 22I | | | | BLU WhatsApp Extracted Audio File, PTT-20190308-WA0007.opus, from March 8, 2019, at 2:28 p.m., with "Dari 2." |
| 22J | | | | BLU WhatsApp Extracted Audio File, PTT-20190308-WA0008.opus, from March 8, 2019, at 2:29:24 p.m., with "Dari 2." |
| 22K | | | | BLU WhatsApp Extracted Audio File, PTT-20190308-WA0009.opus, from March 8, 2019, at 2:29:45 p.m., with "Dari 2." |
| 22L | | | | BLU WhatsApp Extracted Audio File, PTT-20190308-WA0010.opus, from March 8, 2019, at 2:30:01 p.m., with "Dari 2." |
| 22M | | | | BLU WhatsApp Extracted Audio File, PTT-20190308-WA0011.opus, from March 8, 2019, at 2:30:11 p.m., with "Dari 2." |
| 22N | | | | BLU WhatsApp Extracted Audio File, PTT-20190308-WA0012.opus, from March 8, 2019, at 2:30:21 p.m., with "Dari 2." |
| 23 | | | | BLU WhatsApp Audio Translations from Spanish to English |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 24 | | | | SamSung WhatsApp Profile |
| 24A | | | | SamSung WhatsApp Calls |
| 24B | | | | SamSung WhatsApp Chats |
| 24C | | | | SamSung WhatsApp Call Information |
| 24D | | | | SamSung WhatsApp Chats with "Ingrid" |
| 24E | | | | SamSung WhatsApp Chats with "6402" |
| 24F | | | | SamSung WhatsApp Chats with "0257" |
| 24G | | | | SamSung WhatsApp Chats with "5325" |
| 24H | | | | SamSung WhatsApp Chats with "2648" |
| 24I | | | | SamSung WhatsApp Chats with "8613" |
| 25 | | | | SamSung WhatsApp Chat Communications with Spanish to English Translations (IMG_2632 – 2689). |
| 26 | | | | SamSung WhatsApp Extracted Audio File, AUD-20181221-WA0000.opus |
| 26A | | | | SamSung WhatsApp Extracted Audio File, PTT-20181003-WA0000.opus |
| 26B | | | | SamSung WhatsApp Extracted Audio File, PTT-20181003-WA0001.opus |
| 26C | | | | SamSung WhatsApp Extracted Audio File, PTT-20181018-WA0000.opus |
| 26D | | | | SamSung WhatsApp Extracted Audio File, PTT-20181018-WA0001.opus |
| 26E | | | | SamSung WhatsApp Extracted Audio File, PTT-20181120-WA0000.opus |
| 26F | | | | SamSung WhatsApp Extracted Audio File, PTT-20190223-WA0032.opus |
| 26G | | | | SamSung WhatsApp Extracted Audio File, PTT-20190223-WA0034.opus |
| 26H | | | | SamSung WhatsApp Extracted Audio File, PTT-20190227-WA0015.opus |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 26I | | | | SamSung WhatsApp Extracted Audio File, PTT-20190227-WA0016.opus |
| 26J | | | | SamSung WhatsApp Extracted Audio File, PTT-20190227-WA0017.opus |
| 26K | | | | SamSung WhatsApp Extracted Audio File, PTT-20190227-WA0018.opus |
| 26L | | | | SamSung WhatsApp Extracted Audio File, PTT-20190227-WA0019.opus |
| 27 | | | | SamSung WhatsApp Audio Translations from Spanish to English |
| 27A | | | | SamSung WhatsApp Audio Translations from Spanish to English |
| 28 | | | | Satellite Phones IMG_0505 to IMG_0566 |
| 29A | | | | Image Extracted from BLU Cell phone Received from "Dari 2" on March 8, 2019, at 2:26 p.m. |
| 29B | | | | Video Extracted from BLU Cell phone Sent to "Dari 2" on March 8, 2019, at 2:41 p.m. |
| 29C | | | | Translation of Video Extracted from BLU Cell phone Sent to "Dari 2" on March 8, 2019, at 2:41 p.m. |
| 29D | | | | Image Extracted from BLU Phone of a Boat |
| 29E | | | | Image Extracted from BLU Phone Dated January 4, 2019 |
| 29F | | | | Image Extracted from BLU Phone Dated March 5, 2019 |
| 29G | | | | Image Extracted from BLU Phone of Screenshot 1 |
| 29H | | | | Image Extracted from BLU Phone of Screenshot 2 |
| 30A | | | | Image Extracted from SamSung Cell Phone of "el Senor delos Viento" Dated February 28, 2019. |
| 30B | | | | Image Extracted from SamSung Cell Phone of "El Senor De Los Viento" Dated February 28, 2019 |
| 30C | | | | Image Extracted from SamSung Cell Phone Depicting Overview of City Dated March 2, 2019 |
| 30D | | | | Image Extracted from SamSung Cell Phone Depicting Luis Ballart |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 30E | | | | Image Extracted from SamSung Cell Phone Depicting Luis Ballart 2 |
| 30F | | | | Image Extracted from SamSung Cell Phone Depicting Luis Ballart's Passport |
| 30G | | | | Image Extracted from SamSung Cell Phone Depicting Lelia Vanessa Zapata's Passport |
| 30H | | | | Image Extracted from SamSung Cell Phone Depicting Panama Registration Documents sent to 6402 on February 27, 2019, at 9:54 a.m. |
| 30I | | | | Image Extracted from SamSung Cell Phone Depicting Panama Registration Documents sent to 6402 on February 27, 2019, at 9:54 a.m. – vertical. |
| 30J | | | | Image Extracted from SamSung Cell Phone Depicting Panama Registration Documents received from 6402 on February 27, 2019, at 9:54 a.m. |
| 30K | | | | Image Extracted from SamSung Cell Phone Depicting Panama Registration Documents received from 6402 on February 27, 2019, at 9:55 a.m. |
| 30L | | | | Image Extracted from SamSung Cell Phone Depicting "El Senor de los Vientos" cut out |
| 30M | | | | Image Extracted from SamSung Cell Phone Depicting Lelia Vanessa Perdomo |
| 30N | | | | Image Extracted from SamSung Cell Phone Sent to "Ingrid" on February 22, 2019 at 4:53 p.m. |
| 30O | | | | Image Extracted from SamSung Cell Phone Sent to "Ingrid" on February 22, 2019 at 4:56 p.m. |
| 31 | | | | |
| 32 | | | | Joint Call Report |
| 33A | | | | Declaration of Spot Tracking Data |
| 33B | | | | Spot Tracking Data Excel spreadsheet |
| 34A | | | | GPS & Spot Tracker Combined Data (Google Earth image overview) |
| 34B | | | | GPS & Spot Tracker Combined Data (Google Earth image Colombia) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 34C | | | | GPS & Spot Tracker Combined Data (Google Earth image North) |
| 34D | | | | GPS & Spot Tracker Combined Data (Google Earth image South) |
| 34E | | | | GPS & Spot Tracker Combined Data (Google Earth image for January 2019) |
| 35 | | | | GPS & Spot Tracker Combined Data (Google Earth image for January 2019) |
| 36 | | | | |
| 37A | | | | Representative sample of cocaine |
| 37B | | | | Substitute Exhibit for Representative Sample of Cocaine |
| 39 | | | | |
| 40 | | | | Screenshots of Video Extracted from BLU Phone |
| 41 | | | | |
| 42 | | | | |
| 43 | | | | Luis Ballart Plea Agreement |
| 44 | | | | |
| 45A | | | | Substitute Exhibit of Samsung Phone |
| 45B | | | | Substitute Exhibit of Satellite Phone |
| 45C | | | | Substitute Exhibit of BLU Phone |
| 45D | | | | Substitute Exhibit of Spot Tracker |
| 45E | | | | Substitute Exhibit of Hand Held GPS |
| | | | | |
| | | | | |
| | | | | |