

## REPUBLICA DE COLOMBIA



PASAPORTE
PASSPORT

| | |
|---|---|
| Tipo / Type | **P** |
| Cod. país / Country code | **COL** |
| Pasaporte Nº / Passport No. | **AV534915** |
| Apellidos / Surname | **PERDOMO ZAPATA** |
| Nombres / Given names | **LELIA VANESSA** |
| Nacionalidad / Nationality | **COLOMBIANA** |
| Fecha de nacimiento / Date of birth | **25 MAY/MAY 1993** |
| Núm. personal / Personal No. | **CC1113663264** |
| Sexo / Sex | **F** |
| Lugar de nacimiento / Place of birth | **PALMIRA COL** |
| Fecha de expedición / Date of issue | **25 ENE/JAN 2019** |
| Autoridad / Authority | **G. VALLE** |
| Fecha de vencimiento / Date of expiry | **24 ENE/JAN 2029** |
| Firma del titular / Holder's signature | |



AV534915

ORD AV534915
25 ENE / JAN 2029

P<COLPERDOMO<ZAPATA<<LELIA<VANESSA<<<<<<<<<<<
AV534915<2COL9305258F2901248CC1113663264<<38